IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGH FIVE VENTURES, INC., | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:13-CV-2334 |
| SPORTSMANSLIQUIDATION.COM, | : | |
| LLC and MUSKEGON HUNTING | : | |
| PRODUCTS, LLC, | : | |
|     Defendants | : | |

**UPDATE REGARDING STATUS OF RECEIVERSHIP**

Compass Advisory Partners, LLC, as the duly appointed Receiver in this action (the "Receiver"), hereby avers the following:

    1.    As of September 2, 2015 the Receiver has paid $77,544.34 in claims to unsecured creditors by check and of this amount $2,904.73 has not been cashed.

    2.    The Receiver also has the following administrative fees that it intends to pay immediately before it closes the receivership:

        Receiver Fees -        $17,277.60
        Receiver Counsel Fees -    $1,985.00
        Sales Tax -             $10,000.00

    3.    The Receiver anticipates requesting this Court to close receivership on or about October 16, 2015 in order to allow unsecured creditors additional time to cash all of their respective distributions.

                                                              McNEES WALLACE & NURICK LLC

Date: September 2, 2015                  By: /s/ Clayton W. Davidson
                                                        Clayton W. Davidson
                                                        Attorney I.D. 79139
                                                        100 Pine Street - P.O. Box 1166
                                                        Harrisburg, PA  17108-1166
                                                        Direct Fax:  717-260-1678
                                                        Phone:  717-232-8000
                                                        cdavidson@mwn.com

                                            *Attorneys for the Receiver*