IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGH FIVE VENTURES, INC., | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:13-CV-2334 |
| SPORTSMANSLIQUIDATION.COM, | : | |
| LLC and MUSKEGON HUNTING | : | |
| PRODUCTS, LLC, | : | |
|     Defendants | : | |

**SECOND UPDATE REGARDING STATUS OF RECEIVERSHIP**

Compass Advisory Partners, LLC, as the duly appointed Receiver in this action (the "Receiver"), hereby avers the following:

1. As of November 17, 2015 the Receiver has paid all administrative claims and the following checks have not been cashed by unsecured creditors:

   0000133 Dry Guy = $282.77

   0000139 Harry E Muller = $2.70

   0000158 Okuma Fishing Tackle Corp = $1,727.14

   0000189 Zebco Sale Company, LLC = $892.12

2. The Receiver is attempting to reach the above referenced creditors one last time to cash their checks before closing the estate.

3. The Receiver now anticipates requesting this Court to close receivership on or about December 31, 2015 in order to allow unsecured creditors additional time to cash all of their respective distributions.

McNEES WALLACE & NURICK LLC

Date: November 17, 2015            By: /s/ Clayton W. Davidson
                                                     Clayton W. Davidson
                                                     Attorney I.D. 79139
                                                     100 Pine Street - P.O. Box 1166
                                                     Harrisburg, PA  17108-1166
                                                     Direct Fax:  717-260-1678
                                                     Phone:  717-232-8000
                                                     cdavidson@mwn.com

*Attorneys for the Receiver*